**ROSENBERG, KIRBY, CAHILL,
STANKOWITZ & RICHARDSON**
Attorneys at Law
29 Main Street
Toms River, New Jersey 08753
(732) 341-3337
Attorneys for Plaintiffs
Attorney ID#: 016441882

| | |
|---|---|
| COLLIN BOYLE, single | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION : OCEAN COUNTY |
| Plaintiff(s), | DOCKET NUMBER: OCN-L- |
| v. | CIVIL ACTION |
| WALMART; WALMART REAL ESTATE BUSINESS TRUST; WALMART STORES, INC.; ABC COMPANY (1-10) (fictitious names, true names unknown at this time), a business entity authorized to do business in the State of New Jersey; JOHN DOE (1-10) (fictitious names, true names unknown at this time) | **COMPLAINT**<br>**(Personal Injuries)** |
| Defendants. | |

Plaintiff, COLLIN BOYLE, presently residing in the Township of Manchester, County of Ocean, State of New Jersey, through her attorneys, by way of Complaint, say:

### FIRST COUNT

1. On or about June 9, 2019, plaintiff, COLLIN BOYLE, was lawfully upon premises commonly known as WALMART located in the Township of Toms River, County of Ocean and State of New Jersey, which premises were owned and/or leased and/or operated and/or maintained and/or constructed and/or under the supervision and control of the defendants WALMART; WALMART REAL ESTATE BUSINESS TRUST; WALMART STORES, INC.; ABC COMPANY (1-10) (fictitious names, true names unknown at this time), a business entity authorized to do business in the

State of New Jersey and JOHN DOE (1-10) (fictitious names, true names unknown at this time).

2. Plaintiff was upon the premises of the defendant for foreseeable purposes.

3. While lawfully upon the premises plaintiff, COLLIN BOYLE, was caused to sustain severe injuries due to an unsafe condition that existed upon said premises, which condition defendants created, tolerated, maintained, knew of or should have known of, but did not correct, warn or alert plaintiff, COLLIN BOYLE.

4. Said unsafe condition was due to the negligence of the defendants.

5. As a result of the aforesaid negligence, plaintiff, COLLIN BOYLE, was caused to sustain severe injuries, both temporary and permanent in nature, together with great pain and suffering as well as serious economic loss, and was prevented from transacting lawful business and affairs and had to expend sums for medical expenses, all of which are expected to continue into the future.

WHEREFORE, Plaintiff demands judgment against the Defendants for damages, interest, costs of suit and such other relief as this Court may deem just and equitable.

## SECOND COUNT

1. Plaintiff repeats each and every allegation of the previous Counts as if set forth at length herein.

2. On the aforesaid date and time, and at the aforesaid place, the aforesaid accident was caused by the negligent actions/inactions of JOHN DOE (1-10), fictitious names for parties yet to be identified.

3. As a result of the negligence and carelessness of JOHN DOE (1-10) (fictitious names, true names unknown at this time), plaintiff COLLIN BOYLE was caused to sustain severe injuries, both temporary and permanent in nature, together with great

pain and suffering as well as serious economic loss, and was prevented from transacting lawful business and affairs and had to expend sums for medical expenses, all of which are expected to continue into the future.

WHEREFORE, Plaintiff demands judgment against the Defendant for damages, interest, costs of suit and such other relief as this Court may deem just and equitable.

Dated: October 22, 2020

MICHAEL P. CAHILL, ESQUIRE

### DESIGNATION OF TRIAL COUNSEL

Pursuant to R.4:5-1( c ), Michael P. Cahill, Esquire is hereby designated as trial counsel.

Dated:  October 22, 2020

MICHAEL P. CAHILL, ESQUIRE

### JURY DEMAND

PLEASE TAKE NOTICE that the Plaintiffs demand a trial by jury.

Dated:   October 22, 2020

MICHAEL P. CAHILL, ESQUIRE

## CERTIFICATION PURSUANT TO R.4:5-1

The matter in controversy involved in this action is not the subject of any other action pending in any Court, nor of any pending arbitration proceeding and no other action or arbitration proceeding is contemplated by my client. No parties other than those named herein should be joined in this action.

I hereby certify that the foregoing is true to the best of my knowledge, information and belief.

Dated: October 22, 2020                                              MICHAEL P. CAHILL, ESQUIRE

## CERTIFICATION PURSUANT TO R. 1:38-7(b)

I certify that confidential personal identifiers have been redacted from documents now submitted to the Court and will be redacted from documents submitted in the future in accordance with Rule 1:38-7(b).

Dated: October 22, 2020                                              MICHAEL P. CAHILL, ESQUIRE